# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133836
133837

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 133836, 133837
COA: 277353, 277355
Wayne CC: 99-003166-01,
　　　　　　99-003167-01

TIMOTHY LEWIS,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723